NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHAMEKA DANIEL MORRIS,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-3272
　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　　　)
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Frank Quesada,
Judge.

PER CURIAM.

Affirmed.  See State v. Brooks, 890 So. 2d 503 (Fla. 2d DCA 2005);

Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013); State v. Gutierrez, 10 So. 3d 158

(Fla. 3d DCA 2009)..

SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.